1  David E. Lovejoy (CSB No. 055283)
   102 Reed Ranch Road
2  Tiburon, CA 94920-2025
        Telephone: (415) 435-8203
3        Facsimile: (415) 435-8857
   Attorney for Plaintiff Ajanta Corporation
4
   David J. Fischer, appearance *pro hac vice*
5  DOLGIN & FISCHER, LLC
   30 North LaSalle Street, Suite 4300 Chicago, Illinois 60602-2516
6        Telephone: (3 12) 705-2000
        Facsimile: (3 12) 705-2001
7
   Allan Steyer (State Bar No. 100318)
8  Lisa Marie Williams (State Bar No. 226360)
   STEYER LOWENTHAL BOODROOKAS
9    ALVAREZ & SMITH LLP
   One California Street, Third Floor San Francisco, California 94111
10       Telephone: (41 5) 42 1-3400
        Facsimile: (4 1 5) 42 1-2234
11 Attorneys for Defendants Vyas-Soni, Inc.
        and Gaylord (India) Restaurant, Inc.
12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15

16  AJANTA CORPORATION,              )   Action No.: C04-4418 JL
              Plaintiff              )
17                                   )   STIPULATION TO EXTEND TIME FOR
              v.                     )   DEFENDANTS TO RESPOND TO
18                                   )   AMENDED COMPLAINT
    VYAS-SONI, INC.                  )
19          and                      )
    GAYLORD (INDIA) RESTAURANT, INC. )
20          Defendants              )
   _____   )
21                                           **E-Filed**

22

23      Defendant Vyas-Soni, Inc. and Gaylord (India) Restaurant, Inc. ("Defendants") and Plaintiff

24  Ajanta Corporation ("Plaintiff") hereby enter into the following stipulation:

25                         RECITALS

26      WHEREAS, on May 18,2005, Plaintiff filed a first amended complaint asserting additional

27  causes of action and adding Gaylord (India) Restaurant, Inc. as a defendant.

28

1    WHEREAS, by order dated May 24, 2005, the case management conference was continued

2    until Wednesday, August 24, 2005.

3

4                                    STIPULATION

5    NOW, THEREFORE, Plaintiff and Defendants hereby stipulate by and through their

6    respective counsel, as follows:

7    1. Plaintiff and Defendants stipulate to extend the time within which Defendants must

8    respond to the amended complaint to July 15, 2005. This extension will not alter the date of any

9    event or any deadline already fixed by Court order.

10

11

12   Dated: June 24, 2005                          DAVID E. LOVEJOY

13

14
                                          By:     _____/s/ David E. Lovejoy_____
15                                                David E. Lovejoy
                                                  Attorney for Plaintiff AJANTA CORPORATION
16

17

18   Dated: June 24, 2005                          STEYER LOWENTHAL BOODROOKAS
19                                                 ALVAREZ & SMITH LLP

20

21
                                          By:     ____/s/ Lisa Marie Williams_____
22                                                Lisa Marie Williams
                                                  One California Street, Third Floor
23                                                San Francisco, California 94111

24                                                -and-

25                                                David J. Fischer, appearance *pro hac vice*
                                                  DOLGIN & FISCHER, LLC
26                                                30 North LaSalle Street, Suite 4300
                                                  Chicago, Illinois 60602-2516
27
                                                  Attorneys for Defendants VYAS-SONI, INC. and
28                                                GAYLORD (INDIA) RESTAURANT, INC.

Stipulation to Extend Time to Respond to Amended Complaint

STIPULATION_05^06^24.2.wpd                    Page 2 of 3

1    <u>ORDER</u>

2

3         Based upon the foregoing STIPULATION TO EXTEND TIME FOR DEFENDANTS TO

4    RESPOND TO AMENDED COMPLAINT and good cause appearing therefore, IT IS HEREBY

5    ORDERED THAT,

6         1. Defendants are to file a response to the amended complaint on or before July 15, 2005.

7

8

9

10   Dated:   June 28, 2005                   /s/ James Larson
               _____       _____

11                                 The Honorable James Larson

12                                 United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Extend Time to Respond to Amended Complaint