```
1   David E. Lovejoy (CSB No. 055283)
    102 Reed Ranch Road
2   Tiburon, CA 94920-2025
        Telephone: (415) 435-8203
3       Facsimile: (415) 435-8857
    Attorney for Plaintiff Ajanta Corporation
4
    David J. Fischer, appearance pro hac vice
5   DOLGIN & FISCHER, LLC
    30 North LaSalle Street, Suite 4300 Chicago, Illinois 60602-2516
6       Telephone: (3 12) 705-2000
        Facsimile: (3 12) 705-2001
7
    Allan Steyer (State Bar No. 100318)
8   Lisa Marie Williams (State Bar No. 226360)
    Jane A. Peeters (State Bar No. 108052)
9   STEYER LOWENTHAL BOODROOKAS
      ALVAREZ & SMITH LLP
10  One California Street, Third Floor San Francisco, California 94111
        Telephone: (41 5) 42 1-3400
11      Facsimile: (4 1 5) 42 1-2234
    Attorneys for Defendants Vyas-Soni, Inc.
12      and Gaylord (India) Restaurant, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AJANTA CORPORATION,<br>Plaintiff<br><br>v.<br><br>VYAS-SONI, INC.<br>and<br>GAYLORD (INDIA) RESTAURANT, INC.<br>Defendants | ) ) ) ) ) ) ) ) ) ) | Action No.: C04-4418 JL<br><br>**VOLUNTARY DISMISSAL BY STIPULATION OF ALL PARTIES**<br><br><br><br>**E-Filed** |
|---|---|---|

Defendants Vyas-Soni, Inc. and Gaylord (India) Restaurant, Inc. ("Defendants") and Plaintiff Ajanta Corporation ("Plaintiff") hereby voluntarily dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41 (a)(ii).

Stipulation Of Dismissal

Stipulation Of Dismissal_05^08^12.fi.wpd         Page 1 of 2

Dated: August 12, 2005

| DAVID E. LOVEJOY | DOLGIN & FISCHER, LLC |
|---|---|
| ATTORNEY FOR PLAINTIFF AJANTA CORPORATION | ATTORNEYS FOR DEFENDANTS VYAS-SONI, INC. AND GAYLORD (INDIA) RESTAURANT, INC. |
| BY: DAVID E. LOVEJOY | BY: DAVID J. FISCHER<br>*PRO HAC VICE* |
| SIGNATURE:<br>/DAVID E. LOVEJOY/ | SIGNATURE:<br>/DAVID J. FISCHER/ |

August 16, 2005



IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation Of Dismissal

Stipulation Of Dismissal_05^08^12.fi.wpd